UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLBRIN K. MAHAN, | No. 2:25-cv-2202 CSK P |
| Plaintiff, | |
| v. | ORDER |
| MAGDRIAL, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed a complete in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $55.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff only provided the first page of the application to proceed in forma pauperis, and the first page does not bear plaintiff's signature. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). The court is unable to consider plaintiff's filing unless he provides the complete form and signs and re-files it. Plaintiff is provided the opportunity to submit the complete affidavit in support of a request to proceed in forma pauperis that bears his signature.

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $55.00 administrative fee.

1

Plaintiff is cautioned that the second page of the in forma pauperis application form includes a section that must be completed by a jail official, and the form must be accompanied by a certified copy of plaintiff's inmate trust account statement for the six-month period immediately preceding the filing of this action.  Failure to comply with this order will result in an order striking the unsigned application, and a recommendation that this action be dismissed without prejudice.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a complete affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, and which bears his signature, as well as a certified copy of his inmate trust account for the six months immediately preceding the filing of this action.  Plaintiff is cautioned that his failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated:  August 12, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/maha2202.3a