UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLBRIN K. MAHAN,<br><br>        Plaintiff,<br><br>    v.<br><br>MAGDRIAL, et al.,<br><br>        Defendants. | No.  2:25-cv-2202 CSK P<br><br><br>ORDER |

Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request, which must be completed by plaintiff's institution of incarceration, has not been filled out.  Plaintiff's signature on this certification is not sufficient.  Also, plaintiff has not filed a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2).  Plaintiff is provided the opportunity to submit a completed in forma pauperis application and a certified copy of his trust account statement in support of the application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of the request to proceed in forma pauperis on the form provided by the Clerk

1

of Court, and a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  September 11, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/maha2202.3c+.new

2